IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 14-cv-00977-RBJ | Date:  July 21, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| LORI RAPPUCCI  **Plaintiff(s)** | *Paul J. Maxon* |
| v. | |
| HIGH SIERRA ENERGY LP  NGL ENERGY PARTNERS LP  **Defendant(s)** | *Kaitlin E. Fox*  *Todd R. Seelman* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  8:31 a.m.

Appearance of counsel.

**FIVE DAY JURY TRIAL** is set for **May 11, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **April 17, 2015, at 9:00 a.m**. in the same courtroom location.  Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not necessary.

Discussion held on settlement conferences, pending motions to dismiss, and claims in this case.

**ORDERED:  [8] Motion to Dismiss is MOOT.**

Discussion held on protective orders and discovery disputes.

**ORDERED:   All documents that are confidential, as marked by the opposing party, are either to be returned or destroyed at the end of the case.**

**Parties are to redact documents that are filed with the Court.  If parties would like the Court to consider something that is redacted, they are to file a request to restrict public access.**

**The Court accepts the proposed limits and deadlines which include:**

Deadline for joinder of parties and amendment of pleadings:  September 22, 2014.

Discovery cut-off:  January 21, 2015.

Dispositive motion deadline:  February 23, 2015.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  8:59 a.m.             Hearing concluded.            Total time in Court:  00:28