IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00977-RBJ

LORI RAPPUCCI,

    Plaintiff,

v.

HIGH SIERRA ENERGY, LP, a Delaware Partnership, and
NGL ENERGY PARTNERS, LP, a Delaware Partnership,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice [ECF No. 49], and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

Hereby orders that the Stipulation for Dismissal with Prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay its own fees and costs.

DATED this 9th day of December, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

2

2